# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ALMONDNET, INC.,** | )<br>)<br>) |
| **Plaintiff, Counterclaim Defendant** | )<br>) |
| v. | )    Case No. 3:10-CV-298-BBC |
| **MICROSOFT CORP.,** | )<br>)<br>) |
| **Defendant, Counterclaimant.** | )<br>) |

## MICROSOFT'S MOTION FOR SUMMARY JUDGMENT
## OF NON-INFRINGEMENT AND INVALIDITY

Pursuant to Federal Rule of Civil Procedure 56, Defendant and Counterclaimant Microsoft Corporation ("Microsoft") respectfully moves this Court to enter summary judgment of non-infringement of all asserted claims of U.S. Patent Nos. 6,973,436 ("the '436 patent"); 7,072,853 ("the '853 patent"); 7,454,364 ("the '364 patent"); 7,822,637 ("the '637 patent"), for the reasons set forth in Microsoft's Memorandum in Support of Motion for Summary Judgment of Non-Infringement and Invalidity.

In the alternative, Microsoft respectfully requests that the Court enter summary judgment of non-infringement of all asserted claims that do require forming bid combinations prior to a visitor's visit; and enter summary judgment of invalidity of any asserted claims *do not* require forming bid combinations prior to a visitor's visit, for failure to comply with 35 U.S.C. § 112(1).

2

| | |
|---|---|
| August 5, 2011 | Respectfully submitted, |
| | /s/ Bryan K. Anderson |
| David E. Killough<br>davkill@microsoft.com<br>MICROSOFT CORPORATION<br>1 Microsoft Way<br>Redmond, Washington 98052<br>Telephone: 425-703-8865<br>Facsimile: 425-869-1327 | Christopher G. Hanewicz<br>CHanewicz@perkinscoie.com<br>Perkins Coie<br>1 East Main Street, Suite 201<br>Madison, WI 53703<br>Telephone: 608-663-7468<br>Facsimile: 608-663-7499<br><br>David T. Pritikin<br>dpritikin@sidley.com<br>Richard A. Cederoth<br>rcederoth@sidley.com<br>John W. McBride<br>jwmcbride@sidley.com<br>Herman F. Webley<br>hwebley@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036<br><br>Bryan K. Anderson<br>bkanderson@sidley.com<br>Sidley Austin LLP<br>555 California St. Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>**ATTORNEYS FOR DEFENDANT<br>MICROSOFT CORPORATION** |