IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALMONDNET, INC.,

      Plaintiff and Counterclaim Defendant,

v.

MICROSOFT CORPORATION,

      Defendant and Counterclaimant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-298-bbc

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of Microsoft Corporation as to Count II of its First Amended Answer and Counterclaims; dismissing AlmondNet, Inc.'s claims; and dismissing without prejudice Counts I, III and IV of Microsoft Corporation's First Amended Answer and Counterclaims.


*Peter Oppeneer*                                2/1/2012

Peter Oppeneer                                Date
Clerk of Court